# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re Subpoena of South Broward Hospital District Litigation Subpoena Issued to Trustmark Health Benefits Inc. | : : : | Case No. | 1:21-cv-04929 |

## MOTION OF TRUSTMARK HEALTH BENEFITS INC. TO QUASH SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION

Trustmark Health Benefits Inc. respectfully submits this Motion to Quash Subpoena to Produce Documents and Information pursuant to Federal Rules of Civil Procedure 26(c) and 45(d), as set forth in the accompanying Memorandum of Law.

WHEREFORE, Trustmark Health Benefits Inc. respectfully requests that this Court grant its Motion and quash the Subpoena.

/s/ James L. Craney
James Craney, 6282699
Attorney for Trustmark Health Benefits Inc.
Craney Law Group LLC
115 North Buchanan
Suite A
Edwardsville, IL 62025
James.craney@craneylaw.com